# CASE ANNOUNCEMENTS

*February 5, 2010*

[Cite as *02/05/2010 Case Announcements*, 2010-Ohio-374.]

## MERIT DECISIONS WITHOUT OPINIONS

**2009–2239.   State ex rel. Golf Club of Dublin, L.L.C. v. Whitney.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of the motions for leave to intervene and to file an answer and for judgment on the pleadings and motion for judgment on the pleadings of General Electric Capital Corporation, and relator's motion to strike the motion for leave to intervene and intervening respondent's answer and motion for judgment on the pleadings,

It is ordered by the court that relator's motion to strike is denied, the motion of General Electric Capital Corporation for leave to intervene and to file an answer and motion for judgment on the pleadings instanter is granted, intervening respondent's motion for judgment on the pleadings is granted, and this cause is dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, LANZINGER, and CUPP, JJ., concur.
O'DONNELL, J., dissents and would grant an alternative writ.

## MOTION AND PROCEDURAL RULINGS

**2009–1292.   State ex rel. Doner v. Logan.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. On October 23, 2009, the court referred this case to a master commissioner for the limited purpose of receiving evidence and making all necessary determinations and rulings in regard thereto.

On January 22, 2010, the relators filed a motion to compel discovery. Upon review of the motion and based upon the record and the authorities cited,

It is ordered that the motion to compel is denied. The answer to interrogatory filed under seal shall remain under seal.

Cupp, J., not participating.

**2009–1505.   FirstCal Indus. 2 Acquisitions, L.L.C. v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, Nos. 2006–B–1789, 2006–B–1790, 2006–B–1791, and 2006–B–1792. This cause is pending before the court as an appeal from the Board of Tax Appeals.

It is ordered by the court, sua sponte, that this case be scheduled for oral argument before the full court.

## MISCELLANEOUS DISMISSALS

**2009–2205.   Empower Aviation, L.L.C. v. Butler Cty. Bd. of Commrs.**
Hamilton App. No. C–090616, 2009-Ohio-6331. This cause is pending before the court as a discretionary appeal. Upon consideration of appellant's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.